IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHANE CHRISTOPHER BUCZEK,
   Petitioner,
  v.
CHARLES MAIORANA, WARDEN,
F.C.I. LORETTO,
   Respondent

Case No. 3:12-cv-112-KRG-KAP

## Report and Recommendation

Petitioner's motion to reconsider, docket no. 6, is as silly as his original petition and should be denied.

Pursuant to 28 U.S.C.§ 636(b)(1), the petitioner is given notice that he has fourteen days to serve and file written objections to this Report and Recommendation.

DATE: August 22, 2012

Keith A. Pesto,
United States Magistrate Judge

Notice to counsel of record by ECF and by U.S. Mail to:

Shane C. Buczek, Reg No. 90656-111
F.C.I. Loretto
P.O. Box 1000
Loretto, PA 15940