IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHANE CHRISTOPHER BUCZEK,
      Petitioner,
    v.
CHARLES MAIORANA, WARDEN,
F.C.I. LORETTO,
      Respondent

Case No. 3:12-cv-112-KRG-KAP

MEMORANDUM ORDER

The petitioner's Fed.R.Civ.P. 59(e) motion, docket no. 6, was referred to Magistrate Judge Keith A. Pesto in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(3), and Local Rule 72 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on August 22, 2012, docket no. 7, recommending that the motion be denied. The petitioner was notified that pursuant to 28 U.S.C.§ 636(b)(1), he had fourteen days to file written objections to the Report and Recommendation. Petitioner filed a pleading on August 30, 2012, that can be considered a timely objection. docket no. 8. It is meritless.

After de novo review of the record of this matter, together with the Report and Recommendation and the timely objections thereto, the following order is entered:

AND NOW, this 7th day of September, 2012, it is ORDERED that the petitioner's motion to alter or amend judgment, docket no. 6, is denied.

BY THE COURT:

/s/ Kim R. Gibson

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by U.S. Mail to:

    Shane C. Buczek, Reg No. 90656-111
    F.C.I. Loretto
    P.O. Box 1000
    Loretto, PA 15940